■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD BROWN, Appellant. [725 NYS2d 236] —Appeal from a judgment of the County Court of Chemung County (Buckley, J.), rendered October 12, 1999, convicting defendant upon his plea of guilty of the crime of assault in the second degree.

In satisfaction of a four-count indictment, defendant pleaded guilty to assault in the second degree stemming from the stabbing of a fellow inmate. Defendant was sentenced as a second felony offender to a determinate prison term of six years, to run consecutive to his existing prison sentence. Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. Defendant entered a knowing, voluntary and intelligent guilty plea and was sentenced in accordance with the negotiated plea agreement. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (see, People v Cruwys, 113 AD2d 979, lv denied 67 NY2d 650).

Cardona, P. J., Crew III, Carpinello, Mugglin and Rose, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.